**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

**CRIMINAL NO. 09-13-DLB-EBA-3**

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

vs.                                                    **ORDER**

**YVETTE LYNN DUNN**                                                                         **DEFENDANT**

\*   \*   \*   \*   \*   \*   \*

This matter is before the Court upon the May 20, 2011, Report and Recommendation (R&R) of the United States Magistrate Judge wherein he recommends that, despite Defendant Dunn's admitted violation of her supervised release, the Court not sentence her to a period of incarceration, but continue her on the current terms of her supervised release. (Doc. # 122). During the final revocation hearing conducted by Magistrate Judge Atkins on May 19, 2011, Defendant admitted to violating the terms of her supervised release. Defendant also waived her right to allocution (Doc. # 122) at that hearing. The time for filing any objections to the R&R having expired, the R&R is ripe for the Court's consideration.

Having reviewed the R&R, and the Court concluding that the R&R is sound in all respects, including the recommended disposition and the basis for said recommendation, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

1. The Report and Recommendation (Doc. # 122) is hereby **ADOPTED** as the

findings of fact and conclusions of law of the Court;

2. Defendant is found to have **VIOLATED** the terms of her supervised release; and

3. Defendant shall **CONTINUE** on the current terms of her supervised release.

This 15th day of June, 2011.



G:\DATA\ORDERS\Ashland Criminal\2009\09-13-Order adopting R&R re SR violation.wpd