**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND**

**CRIMINAL ACTION NO. 09-13-DLB-3**

**UNITED STATES OF AMERICA                                                                    PLAINTIFF**

vs.              **ORDER ADOPTING REPORT & RECOMMENDATION**

**YVETTE LYNN DUNN                                                                                      DEFENDANT**

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court upon the June 8, 2012 Report and Recommendation ("R&R") of the United States Magistrate Judge wherein he recommends that the Court revoke Defendant's supervised release and impose a sentence of six (6) weekends of incarceration, with the remaining balance of her supervised release to follow. (Doc. # 173). During the final revocation hearing conducted by Magistrate Judge Atkins on June 5, 2012, Defendant stipulated to Violations 1 and 3 as set out in the March 3, 2012 violation report of United States Probation Officer Allison Biggs. (Docs. # 154, 173). The United States moved to dismiss Violation 2, and the Magistrate Judge recommended that the government's motion be granted. (Doc. # 173).

Defendant having executed a waiver of his right to allocution (Doc. # 171), there being no objections filed to the Magistrate Judge's R&R, and the time to do so having now expired, the R&R is ripe for the Court's consideration. Having reviewed the R&R, and the Court concluding that the R&R is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently

1

advised,

    **IT IS ORDERED** as follows:

1. The Report and Recommendation (Doc. # 173) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

2. Defendant is found to have **VIOLATED** the terms of his supervised release;

3. Defendant's supervised release is hereby **REVOKED**;

4. Defendant shall serve **SIX (6) WEEKENDS** of incarceration, to begin at 6:00 p.m. on Friday and end at 6:00 p.m. on Sunday, at a facility directed by the Bureau of Prisons.   Upon completion of her incarceration, Defendant shall resume the balance of her term of supervised release; and

5. A Judgment shall be entered contemporaneously herewith.

This 5th day of July, 2012.



Signed By:
David L. Bunning
United States District Judge

G:\DATA\ORDERS\Ashland Criminal\2009\09-13-3 Order adopting R&R.wpd